**Order filed, August 14, 2018.**



In The

# Fourteenth Court of Appeals
———————

**NO. 14-18-00705-CV**
———————

**IN THE INTEREST OF A.A.A., A CHILD, Appellant**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50346**

---

## ORDER

The reporter's record in this case was due May 25, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Eunice Tillman, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM